JIMMY PIERSON AND CLAY WHITTLE V. THE STATE.

No. 21148. Delivered June 12, 1940.

The opinion states the case.

*G. C. Olsen,* of Kermit, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for fifty years.

The proof was uncontroverted that the appellants robbed B. B. Wright at the point of a pistol. Appellants did not testify and introduced no witnesses.

No bills of exception are brought forward.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.